COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE <u>EASTERN</u>   DISTRICT OF TEXAS
### <u>TYLER</u>   DIVISION

<u>Daryl Davis - TDCJ-ID# 802738</u>
Plaintiff's name and ID Number

<u>Mark W. Michael Unit</u>
Place of Confinement

CASE NO. <u>607CV35</u>
(Clerk will assign the number)

v.

<u>TDCJ-ID & Doug Dretke - P.O.Box 99</u> Huntsville,TX.77342
Defendant's name and address

<u>Loyd C. Massey - 3872 FM 350 S. Livingston</u>,TX.77351
Defendant's name and address

<u>Richard K. Alford - 3872 FM 350 S.</u> Livingston,TX.77351
Defendant's name and address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

 Billy D. Hirsch - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Steven T. Miller - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Melodye G. Nelson - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Michael A. McLin - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Mark Duff - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 David J. Wickersham II - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Helen E. Sheffield - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Kenneth R. Price Jr. - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Dennis Dezeeuw - 3872 FM 350  S. Livingston,TX.77351
Defendant's name and address

 Fernando Briseno - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Steven R. Neal - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 J. Sonsel - 3872 FM 350 S. Livingston, TX.77351
Defendant's name and address

 Shannon Price - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Timothy Hindsman - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Justin D. Gilbert - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 M.Hewitt - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 Roy L. Rogers - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

 A. Seale - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Victor D. Boston - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Wayne N. Tucker - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Larry R. Lawrence - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Marcial J. Foisie Jr. - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Gloria J. Freeman - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Michael R. McDuffie - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

Jocyline A. Johnson - 3872 FM 350 S. Livingston,TX.77351
Defendant's name and address

## FILING FEE AND IN FORMA PAUPERIS

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?      ___YES _x_ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Docket Number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)

        7.  Approximate date of disposition:_____

II.   PLACE OF PRESENT CONFINEMENT: MARK W. MICHAEL UNIT

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?   X YES   ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DARYL DAVIS

P.O.Box 4500

Tennessee Colony,TX.75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Doug Dretke - Director of TDCJ-ID

P.O.Box 99 Huntsville,TX.77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Head supervisor of the officer who had, and officers who allowed me to be attack and beaten.

Defendant #2: Loyd C. Massey - Head Warden of Alan B. Polunsly Unit

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act caused me to be attacked twice, brutally and savagely beaten.

Defendant #3: Richard K. Alford - Assistance Warden

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act caused me to be attacked twice, brutally and savagely beaten.

Defendant #4: Billy D. Hirsch - Assistance Warden

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act caused me to be attacked twice, brutally and savagely beaten.

Defendant #5: Steven T. Miller - Major

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act caused me to be attacked twice, brutally and savagely beaten.

III. EXHAUSTION OF GRIEVANCE PROCEDURES: CONTINUED FROM PAGE 3

I would like to bring to the attention of this Honorable Court the continued problems I have had trying to file grievances and have them processed in this matter. I have brought notice to this Honorable Court many times letting this court know of the problems I have had with the grievance investigator W.R. Worthy on the Polunsky Unit, I was given these problems with filing these grivances in an attempt to assist the Polunsky Unit in a cover up in the attacks that took place on my life. I can and will provide this Honorable Court with evidence of the on going problems I have had trying to file grievances and have them processed since June 2006, and have been notifying this Honorable Court since July 2006. As of these time, I still have grievance that have not made it to the step 1 process to be processed and thats after placing them in the hands of grievance investigator W.R. Wrothy. This Honorable Court will see evidence that it took months to get two step 1's answered and after being forced to answer these step 1's the grievance investigator W.R. Worthy refused to return these step 1's to me in order so that I can file the step 2's so I would be able to exhaust my adminiatrative remedies, however the two step 1 was provied to me by the grievance investigator on the Michael Unit P. Kirkpatrick on November 27,2006, and I filed the two step 2's immediately placing them in the grievance mail box on November 28,2006. I have also filed a step 1 grievance, had it processed and returned to me, and after filling out the step 2 and placing it in the hands of W.R. Worthy, that step 2 was never processed again the grievance investigator on the Michael Unit provided me with a copy of the step 1 grievance so that I could file a step 2 that was on December 5,2006, and I immediately filled out a step 2 and placed it in the grievance mail box on December 6,2006. My grievance situation has been a mess because of the denial of me having access to the grievance system which has also made bringing about this claim very difficult due to the harassment and/or denial to the grievance system, again I would like to bring to this Honorable Court attention that there more grievances that were not processed after being placed in the hands of grievance investigator W.R. Worthy.

III. EXHAUSTION OF GRIEVANCE PROCEDURES: CONTINUED FROM PAGE 3a

Under 42 USC § 1983 Civil Rights Act. I am Daryl Davis TDCJ-ID#802738 I am providing this Honorable Court with five (5) step 2 grievances, and six (6) step 1 grievances for a total of eleven (11) grievances. The step 2 grievances will be attached to the step 1 it represents, there is two step 1 grievances attached to one of the step 2 grievances. These grievances will support my cause that I have done (or) tried to do everything I could do to exhaust my administrative remedies under the procedure set forth by the Prison Litigation Reform Act (PLRA).

This Honorable Court will see that all administrative remedies have been exhausted in this cause, I can and will show this Honorable Court that there are other step 1 and step 2 grievances that I have not been able to have processed because of the grievance investigators refusing to processe them, even after I placed them in their hands.

The eleven (11) grievances I am providing this Honorable Court are as follows: step 1 & 2 grievance No.2007010156, step 1 & 2 grievance No. 2007010157, I would like to bring to this Honorable Courts attention, that I received these step 1's & step 2 grievances on January 8,2007 in my hands at mail call. Step 1 & 2 grievances No.2007001552 & step 1 grievance No.2007001539, step 1 & 2 grievance No.2007010429, and step 1 & 2 grievance No.2006179091, these grievances were provided to me at earlier dates.



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

Offender Name: **Daryl Davis**      TDCJ # **802738**

Unit: **Michael**      Housing Assignment: **4-F-50**

Unit where incident occurred: **Polunsky**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2007010156 |
| UGI Recd Date: | 11-29-06 |
| HQ Recd Date: | DEC 08 2006 |
| Date Due: | 1-3 |
| Grievance Code: | 000-818 |
| Investigator ID #: | I0745 |
| Extension Date: | — |

JAN 05 2007

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

I have been trying to have the step1 grievance attached to this step2 since 7/6/06. Grievance investigator W.R. Worthy refused to process this grievance No. 2007010156, and grievance No. 2007010157. However this step2 only applies to grievance No. 2007010156. As you can clearly see I received this step1 today 11/27/06, and over on the back of it you can see where W.R. Worthy had returned it to me stating I had "submission in excess of 1 every 7 days." That wasn't true, that was an attempt to deny me a right to file this grievance. It was however processed on 10/6/06, and placed in my hands today by the Michael unit grievance investigator Ms. Kirkpatrick, who state she had to force Mr. Worthy to process the step1. The reply to the step1 states "Your claim of life endangerment was reviewed by TL UCC of 6-8-06. These issues were also addressed in grievance # 2006-179091 and # 2006192725," and signed off on by Warden R. Alford.

This is not true any of it and this problem needs to be addressed. On 6-8-06 I never knew my life was endanger, so upon a UCC review I was told that I was going to be placed back into General Population after being told that I had been investigated for a fight. There where nothing to come up regarding any type of life endanger at that meeting. It was only after I wasn't released as planned that I found out that my life was endanger, because an officer had placed a hit on me. This hit was placed on my life, because Lt. Tucker deliberately and intentionally placed me endanger by lying to officer McDuffie, telling him I had snitched him off, this was done by Lt. Tucker, in order to try and catch a filty officer, "meaning one that was bringing contraband into the unit." Even after the administration created a hostile environment causing me to be burtally attacked twice by gang members that was allowed to come out of placed both times to attack me, with weapons both times, the first time with a broom, the second with a heavy metal object in a sock, the second time officer McDuffie allowed these gang members to come out of place a carry out the hit he had paid for. In accordance with the safe prison program ED 03.03 nothing had been done to this day, to this day No one from safe prison has ever come and interviewed or investigated me or my attacks. The Polunsky unit has only did everything they could to cover these

attacks ~~from the beginning. I have been before Safe Prison in regards to the~~ attacks, they never answered any of the step 1's properly in accordance with the Safe prison policy. In fact grievance No. 2006192725 I filed a step 2 on it and it was never processed, I hope you can see what is going on here, and what is continuing to go on with the cover up of the attacks that took place on my life. I am asking for help in this matter. Not only did the administration create an unsafe environment for me, but they also fail to protect or warn me, after a gang member by the name of Troy Sander went and told STG officers Dezeeuw and Price that I was going to be attacked, these two officers also spoke with another gang member by the name of James Grant regarding me being attacked on the weekend of May 27, 2006. After that first attack that day Sgt. J. Gilbert let these gang members that had come out of place, and attacked me go, because he stated he didn't want to do any paper work. I could have lost my life after the first attack, and the second attack shouldn't have been allowed to happened.

**Offender Signature:** Daryl Davis 802738    **Date:** November 27, 2006

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. A proper Offender Protection Investigation was conducted at the Polunsky Unit and you were re-assigned to the Michael Unit as a result. No further action by this office is warranted.

**Signature Authority:** Kellie Hutchison    **Date:** 1/2/07

### Kellie Hutchison

**Returned because:**    *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: ____ |
| --- | --- |

Date UGI Rec'd: ____

Date CGO Rec'd: ____

(check one) ____ Screened ____ Improperly Submitted

Comments: ____

Date Returned to Offender: ____

| 2nd Submission | CGO Initials: ____ |
| --- | --- |

Date UGI Rec'd: ____

Date CGO Rec'd: ____

(check one) ____ Screened ____ Improperly Submitted

Comments: ____

Date Returned to Offender: ____

| 3rd Submission | CGO Initials: ____ |
| --- | --- |

Date UGI Rec'd: ____

Date CGO Rec'd: ____

(check one) ____ Screened ____ Improperly Submitted

Comments: ____

Date Returned to Offender: ____

*This is an Emergency grievance I did not File a grievance
With this Units grievance dept within 7 days, so the block on 7/19,
OTT /TL*

## Texas Department of Criminal Justice

*USE AS ORIGINAL 11/27/06 PK*

# STEP 1

*giv. Nut mpel to Inm. Pk*

## OFFENDER
## GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2007010156 |
| Date Received: | 9-18-06 |
| Date Due: | 10-28-06 |
| *Grievance Code: | 002 818 |
| Investigator ID #: | IO44d |
| Extension Date: | |
| Date Retd to Offend: | OCT 0 6 2006 |

**Offender Name:** Daryl Davis    **TDCJ #** 802738
**Unit:** Polunsky    **Housing Assignment:** 11 bldg, 14 cell
**Unit where incident occurred:** Alan B. Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** (STG) Sgt. S.R. Neal    **When?** 6-27-06 June 27,

**What was their response?** There was a security & Communication break-down all the way around regarding

**What action was taken?** None

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I am filing this grievance on behalf of new information, I just received regarding the attacks that
took place on my life, on 5/27/06 & 5/30/06. Prior to filing this grievance, I have filed two regarding
the attacks on me. And placed them in the hands of grievance investigator Mr. W.R. Worthy on 6-26-06
and 7-6-06. The grievance that was placed in w.R. Worthy hands on 6/26/06 was filled out and complete
on 6/9/06 Against the State of Texas, TDCJ-ID unit administration Errors, population security & classification
Committee & security threat group (STG) Officer Dezeray & Sgt. Gilbert. The second grievance was against the
same aiding the disciplinary committee, Add new facts, I filled it out and completed it on 6/21/06 but was
denied placing it into Mr.W. Worthy hands until 7/6/06. After speaking with Sgt. Neal and learning new facts
regarding the attacks on my life, I'm adding to the prior grievances, by filing against the following individuals
for failing to protect me from two separate attacks, failing to notify me when my life was endanger & racial discr-
imination failing to protect because I am black. Directors: Doug Dretke, Head warden L. Massey, Asst warden R.
Bisol, Asst warden B. Hirsch, Major(s) S. Miller, M. Nelson, Administration capt. D. Wickersham, Security thr-
oup Officer(s) Sgt. S. Neal, Sgt. H. Sheffield, CSW D. Dezeray, COTII K. Price, Head classification tech M. Ins-
And classification tech M. Dick, Head supervisory and officers capt. J. Smisel, Lt.(s) Tallmadge, S. Price,
Sgt. Gilbert, CSW M. Hewitt, COTII R. Rogers, COTII A. Serile I-2 card supervisory and officers capt. V. Baxter,
Lt.(s) Tucker, L. LaRose, sgt. M. Fekne, COTII C. Herman, COTII M. McDuffie, COTII J. Estraca. After speak-
ing with Sgt. Neal, I learned that the (STG) staff, which is all white, knew by blue (keys) that I was going to be
attacked by a black prison gang "bleeding warriors" they also knew that I was not a gang member of any type
they also knew why I was going to be attacked. Tucker knew that an attack was placed on my life (STG)
he also failed to notify, warn or protect me from this attack, nor did anyone in the administration, because I'm
black they didn't care. On May 27, 06 between 3:00p-3:4[--] c. Sgt. Gilbert, Dubc officer Hewitt, F-pod officer Serile, Resp-
[onse]d officer Dick who were Free on B-pod officers including [-----] between 3:00p-3:4[--] p an Allowed gang
member to run in assault me [-----] completely b[--] me with a sock containing heavy metal object, while I was
[-------] may w[-----] a live response side. Their offi[-----] also place my life endanger in racing, there when they fail to

and officers fail to do their duties, by rostering inmates on and off their posts, because numerous ... when I was ... attacked 3 unit ried and RGC 2 ... and who was out of place, by allowing these gang members to run freely into inmates, should have been where, and nearly cost me my life. By having knowledge that my life was endanger and not protecting me, notifying or warn me to be on the look out for a possible attack, nearly cost me my life, even knowing the reason why the attack was placed on me, was enough for the site officers/ administration to protect me. Sgt. Neal told me, I didn't know that was you they (the gang members) was fingering for attack, the fact I was black and it was a black gang involved ne nor the rest of the administration cared. I just happen to catch Sgt. Neal walking down the run and stopped him, since being in lock up no one has come to interview/ investigate me, I haven't been able to identify my attackers. which I can identify them.

**Action Requested to resolve your Complaint.**
Would like to identify my attacker, so that it can be placed in my classification file, as known, enmities to avoide future danger. That the administration look into change of policy, procedure or practice, in situations such as this. I've went threw, and that I will not be retaliated against for exercising my rights to file grievance(s). "This is an Emergency grievance" I filed a grievance with the grievance administrator, that was also an Emergency/urgent grievance. I didn't file a grievance with the unit within 7 days

Offender Signature _David Davis_                                Date: 7/6/06 July 6, 2006

**Grievance Response:**

Your claim of life endangerment was reviewed by TL UCC of 6-8-06. These issues were
also addressed in grievances # 2006179091 and # 2006192725.

No action warranted.

# WARDEN ALFORD

OCT 0 6 2006

Date: 10/5/06

**Signature Authority:**
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. St ... for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. No documented attempt at informal resolution.*
☐ 6. ...
☐ 7. ...
☐ 8. ...
☐ 9. ...
☐ 10. Illegible/not imprehensible.*
☐ 11. ...*

UGI Signature: _____
I-127 Back ...

| OFFICE USE ONLY | UGI Initials: _ucc_ |
|---|---|
| Initial Submission | |
| Grievance #: 2006198282 | |
| Screening Criteria Used: | |
| Date Recd from Offender: JUL 1 9 2006 | |
| Date Returned to Offender: JUL 1 9 2006 | |
| 2nd Submission | UGI Initials: ___ |



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: _2007010157_

UGI Recd Date: _11-29-06_

HQ Recd Date: _DEC 0 8 2006_

Date Due: _1-3_

Grievance Code: _000-815_

Investigator ID #: _IO745_

Extension Date: _—_

Offender Name: _Daryl Davis_   TDCJ # _802738_

Unit: _Michael_   Housing Assignment: _4-F-50_

Unit where incident occurred: _Polunsky_

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be specific).   *I am dissatisfied with the response at Step 1 because...*

I am filing this Step 2 in regards to Step 1 grievance No. 2007010157. I received this Step 1 grievance back today 11/27/06. It was placed in my hands by grievance investigator Ms. Kirkpatrick of the Michael unit. I also received back grievance No. 2007010156 today. However this step 2 only applies to grievance No. 2007010157. This grievance fails to address the issues of life endangerment. This grievance was answered "Your claim of life endangerment was reviewed by TL UCC of 6-8-06. These issues were also addressed in grievances # 2006192725 and # 2006179091." Vehemently, thats not true. When I went before UCC on 6-8-06 I did not know my life was endanger, in fact I was told by that committee I had been investigated for a fight, and that I would be going back to General Population that day. It was only after I didn't go back to (GP) that I found out that an officer had placed a hit on my life, this was brought on by Lt. Tucker telling officer McDuffie I had snitched him off, when in fact I hadn't told Lt. Tucker anything on officer McDuffie, or any other officer, because I didn't know of anything to tell. I was used by the administartion to try and catch a Dirty officer "meaning one, that brings contraband onto the unit" Lt. Tucker deliberately and intentionally placed my life endanger by lying on me to officer McDuffie. This cause officer McDuffie to place a hit on me, and I was attacked twice because of it. Not only did the adiministration place me in a hostile enviornment by creating it, they also fail to protect and wran me that I was going to be attacked. Gang member Troy Sanders went to STG officers Dezeeuw and Price, and told them I was going to be attacked the weekend of May 27, 2006. they both called and spoke with another gang member about the attack that was to take place on my life, and after, they just turned their heads and allowed me to be brutally beaten twice by these gang memebers that was allowed to come out of place both times to do so, using weapons each time. The first time was a broom, the second was a heavy metal object in a sock, also the second

---

I-128 Front (Revised 9-1-2001)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

time the gang members was allowed to come out of place to an office in an office to carry out the hit that he paid for. To this day I have never been seen or investigated nor interviewed by anyone from safe prison, it seems like safe prison just went out the window here. In accordance with E.O. 0303 I should have been seen and investigated months ago. where was safe prison after my first attack? Sgt. Gilbert allowed these gang members to come out of place and attack me and afterwards allowed them to leave, because he stated he didn't want to do any paper work. If he had followed the safe prison policy at that time the second attack never would have happened. my life was placed endanger by the administration, and the administration fail to protect or warn me afterwards. I am asking for help in this matter, to keep it from been covered up. As you can clearly see, the Polunsky Unit administration has tried to cover these attacks from the beginning. James Grant was the other gang member to speak to (to)

**Offender Signature:** David Davis 802738     **Date:** November 27, 2006

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. A proper Offender Protection Investigation was conducted at the Polunsky Unit and you were re-assigned to the Michael Unit as a result. No further action by this office is warranted.

**Signature Authority:** Kellie Hutchison     **Date:** 1/2/07

**Kellie Hutchison**

**Returned because:** *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ___ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

# Texas Department of Criminal Justice

*USE AS ORIGINAL 11/37/06 PL*

## STEP 1 OFFENDER GRIEVANCE FORM

*gri intrial to Tim Pk*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2007010157 |
| Date Received: | 9-18-06 |
| Date Due: | 10-28-06 |
| Grievance Code: | 000 875 |
| Investigator ID #: | IDulel |
| Extension Date: | |
| Date Retd to Offender | OCT 0 6 2006 |

Offender Name: **Daryl Davis**          TDCJ # **807738**

Unit: **Polunsky**          Housing Assignment: **11 building 14 cell**

Unit where incident occurred: **Polunsky**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Sgt. Neal**          When? **7/14/06** *July!*

What was their response? *I told you already that Lt. Tucker is the cause of your Pa*

What action was taken? *none*

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

*I am filing this grievance because I have been told that Lt. Tucker is the cause of me being attacked by gang members. I was attacked by gang members on May 27 & 30, 2006 by gang members, that had something to do with Lt. Tucker saying I was a "snitch". Prior to filing this grievance, I've filed three regarding information of the attacks on my life. Each one was placed in the hands of grievance investigator W.R. MccElby on 6/20/06, 7/4/06, 7/3/06 they were filed out and com pleted on 6/9/06, 6/1/06, 7/6/06. I'm filing this grievance against the following individuals for the following reasons. Lt. Tucker, for telling an officer I was a snitch, for failing to protect me from two gang attacks, failing to notify or warn me my life was endanger, racial discrimination, denying me protection esp party because I'm black. Director: Doug Dretke, Head warden L. Massey, Assit-Warden(s) R. Alford & B. Hirsch, Major(s) S. Miller & M. Nelson, Admin: Capt. D. Wickersham, security threat group officer(s) Sgt. D S. Neal & H. Sheffield, D. Dezeeuw, K. Price, classification tech(s) M. McLin & M. Duff, I-I card supervi sor(s) and offices. Capt. J. Sonsel, Lt. (s) T. Hindsman & S. Price, Sgt. J. Gilbert, CO(s) M. Hewitt, A. Rogers, A. Seale. I-2 card supervisor(s) and officer(s), Capt. V. Boston, Lt. (s) Tucker & L. Law rence, Sgt. M. Foisie, CO(s) G. Freeman, M. McDuffie, J. Johnson. I learned that Lt. Tucker was th cause of me being attacked by the mandingo warriors, a notorious prison gang, by deliberately and intentionally lying on me placing my life in danger, trying to catch a dirty officer (meaning one that bring contraband into the unit) by saying I had given him up, labeling me a snitch, when in fact I never told Lt. Tucker no such thing, his deception, get me savagely beaten, twice. The (STG) off icer(s) who are all "white" knew days before I was going to be attacked by a black prison gang, they also knew I wasn't a gang member of any type and had no types of dealings with any of the they knew why I was going to be attacked. I never knew that an attack was planed on my life, the (STG) officer(s) failed to notify, warn or protect from this attack, nor did anyone in the administration, bec ause I'm black they didn't care. On May 27, 06 between 3 pm 3⁄4 p.m., Sgt. Gilber, Deck officer Hewitt, F- Pd officer(s) Seal & Rogers. Allowed (4) gang members come out of place and beat me, as I was in my assigned housing area, on May 30, 06, Sgt. Foisie, Deck officer G. Freeman, B-Pod officer(s) M. McDuffie, Johnson*

I-127 Front (Revised 9-1-2001)          YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

Case 2:02-cv-00049-RC-? ... Document ... Filed 06/07/03 ... Page 15 of 47 ... with 45 the bldg.
being attacked. When the 7:45 ... ... planed to

(5) Deck officer(s), and Pod officer(s) fail in their duties, not rostering inmates on and off their pod. Both
s I was attacked 3 unit head ¢roster counts had taken place, so the dock officer + pod officers o
sgts) knew what inmates should have been where, ? who was out of place. By allowing these gang n
bers to run freely around the unit, nearly cost me my life. Having knowledge that my life was e
nger, and not protecting, notifying of this attack is inexcusable, Just knowing the reason why the
ck was going to take place was enough for the STG) officer(s), administration to take action in p
ecting me. This is a follow up to the (3) other grievance I have cited regarding the attacks c
my life.

**Action Requested to resolve your Complaint.**
Who like to identify my attackers, so it will be placed in my Classification files as Enmities to avoide
future danger. That the administration look into change of policy insituations like this, and that
will not be retaliated against for exercising my right to file grievance 5, by any staff members,
lt. Tucker wife, who works were I'm being housed at this time.

Offender Signature: Dayyl Daula          Date: 7/18/06 July 18, 20

**Grievance Response:**

Your claim of life endangerment was reviewed by TL UCC of 6-8-06. These issues were
also addressed in grievances # 2006192725 and # 2006179091.

No action warranted.

WARDEN
ALFORD

OCT 0 6 2006

Signature Authority:                    Date: 10 5 06
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. St
reason for appeal on the Step 2 form.

Returned because:    *Resubmit this form when corrections are made.
☐ 1. Grievable time period has expired
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Grievance not submitted.*
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. No documented attempt at informal resolution.*
☐ ... ... ... ...
... ... ... ...
... ... ... ...
... ... ... ...
... ... ... ...

OFFICE USE ONLY
Initial Submission          UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender _____
Date Returned to Offender _____
2nd Submission          UGI Initials:_____
...



OFFICE USE ONLY

# Texas Department of Criminal Justice

# STEP 2    OFFENDER GRIEVANCE FORM

Grievance #: 2007010429

UGI Recd Date: 10-30-06

HQ Recd Date: NOV 0 7 2006

Date Due: 12-4-06

Grievance Code: 904

Investigator ID #: 570

Extension Date: _____

**Offender Name:** Daryl Davis    **TDCJ #** 802738

**Unit:** Michael    **Housing Assignment:** 3-C-2

**Unit where incident occurred:** Polunsky / Michael 4F-50

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

On Sept. 8, 06 I was returned two unprocessed step1 grievances, that I filled out and completed on 7/6/06 & 7/18/06 respectively. The grievance completed 7/6/06 was returned 7/18/06, stating submission in excess of 1 every 7 days. "This was not true" This was another attempt to deny me the use of the grievance system. On 7/25/06 I placed two step1 grievances in the hands of Polunsky unit grievance investigator, W.R. Worthy, 46 days later I received the two step1 grievances back, on 9/8/06 at the Michael unit "unprocessed" This was another attempt in many to keep me from exhausting my administrative remedies, by using the grievance system, the second with these two grievances. After seeking assistance from 5 different, and being denied it I filed a step1 that carry the grievance # 2007010429, which brings about this appeal. I attached the two unprocessed step1 grievances to that step1, for processing. On 10/25/06 I received back grievance # 2007010429 stating the following from Asst. Warden Pratt. "The (2) two step1 grievances you submitt with this grievance was forward to the Polunsky unit for processing. The grievances were completed and closed 10/6/06 by the Polunsky Unit. Your original grievances # 2007010157 and grievance # 2007010156 were returned to you." Asst. Warden Pratt's response has failed to satisfy me and the exhausted administrative remedies for the following reasons: (1) This step1 grievance should have never been detached or unattached from the grievances, the two unprocessed grievances it was attached to, This grievance was attached to those two unprocessed grievances to show I had filed them, but was continuing to be denied the use of the grievance system by W.R. Worthy, this was a Polunsky unit matter not a Michael unit matter, So Warden Pratt didn't have jurisdiction to answer this grievance or to detthach or unattach it. (2) I vehemently state, that I never received neither of the step1 grievances that was attached to this step1 I'm filing on Appeal on, as Asst Warden Pratt states in this response, that was sent back to me, I refer to those unprocessed grievances as the ones attached to this step1, because I don't know what grievances carried the No.# 2007010157 & 2007010156, However I see this as another attempt to deny me the use of the grievance system, Not only by the Polunsky unit's grievance investigator & administartion, but the michael unit's as well. If I had received either or both of these grievances, I would have filed a step2. I'm asking that the two unprocessed step1 grievances that was attached to this step1 be returned to me processed so that I can file a step2 on them, there should be the question asked, Why? are they denying this inmate, the chance and right to file and

these grievances, and exhaust administrative remedies. I need to have those two unprocessed grievances returned to me processed so that I can appeal them on step 2 or, just state in this step 2 that those unprocessed step 1 grievances, was processed under the No.# 2007010157 & 2007010156 as was stated by Assit. Warden Pratt, and that a step 2 will not be needed, that you all state that both of these grievances has been fully exhausted all remedies, because of past problems trying to have them processed.

I, Daryl Davis 802738, presently being housed on the Michael Unit, in Tennessee Colony, TX swear under the penalty of perjury that the foregoing is true and correct, every thing in this step 2, I have placed is correct, I am willing to provide this agency a polygraph exam which will also provide my Truthfulness.

10/25/06          Daryl Davis

**Offender Signature:** Daryl Davis 802738     **Date:** 10/25/06, October 25, 2006

**Grievance Response:**

The Step 1 response has addressed your complaint. Corrective action was taken by the Michael unit grievance office to ensure that grievance #2007010157 and 2007010156 were processed. No further action is warranted. D/vhh

**Signature Authority:** Kelli Ward     **Date:** NOV 20 2006

Kelli Ward

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials:_____ |
| Date/UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

*These Are Emergency Grievances*

## Texas Department of Criminal Justice



# STEP 1

### OFFENDER
### GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _2007010429_ |
| Date Received: _9/18/06_ |
| Date Due: **OCT 2 8 2006** |
| Grievance Code: _904 S_ |
| Investigator ID #: _I080S_ |
| Extension Date: ___ |
| Date Retd to Offender: **OCT 2 4 2006** |

Offender Name: _Daryl Davis_  TDCJ # _302733_

Unit: _Michael_  Housing Assignment: ~~xxxxx~~

Unit where incident occurred: _Polunsky_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Grievance Investigator S. Different_  When? _9/12/06 sept.12,06_

What was their response? _She told me she was going to assist me, in getting these grievances processed_

What action was taken? _"None"_

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On Sept. 8, 06 I was returned a step1 #2 grievances I had filed dated 7/31/06, which was picked up by Polunsky units grievance investigator W.R. Worthy. Inside the step1 #2, was two unprocessed step1 grievances, that was picked up alone with the step1 #2 on 7/25/06. These unprocessed step1 grievances was filled out and completed on 7/6/06 and 7/18/06 respectively. The grievance 7/6/06 was returned 7/18/06, stating submission in excess of every 7days. Not only was this an emergency grievance, W.R. Worthy had the duty to know that he hadn't processed a grievance from me within 7days. This was an attempt in denying me the use of the grievance system. On 7/25/06 I placed in his hands the step1 #2 and the two step1 dated 7/6/06 and 7/18/06, explaining, to him details of the step1 he returned for processing. "I AM ATTACHING BOTH STEP1 GRIEVANCE TO THIS GRIEVANCE FOR PROCESSING." Yes these grievances are in regards to my attacks, however after speaking to a Sgt. these grievances contain a degree more information regarding the attacks, including names and other important information that needed to be processed through the grievance system. This was also known by W.R. Worthy, again he denied to process either of these grievances 7/6/06 & 7/18/06. In processing grievances, The unit grievance investigator is responsible for the investigation of step1 grievances. Supervisory staff and department heads shall actively participate in the investigation resolution of grievance issues. When requests are made by the unit grievance investigator, assistance shall be provided in a timely manner. Employees or persons in custody who appear to be involved in the matter of a grievance are prohibited from participating in any capacity in the review and resolution of that grievance. It is clear that W.R. Worthy has deliberately and intentionally denied me due process and the right to the grievance system, when he failed to process the two step1 that ar attached here. He could have had many reasons for doing so. However 4 of them would be as follows: (1) To deny the administration a change to correct the problem, (2) To Deny a black inmate the use of the grievance system, (3) To protect someone who was named in these grievances and (4) Just flat out fail in performing his duties as grievance investigator. I vehemently states that whatever his reasons were for not processing these two grievances, he had imputed knowledge, that his actions would not only deny me the right to the grievance system, but handicap me in bringing my before the agency for review. Both these grievances 7/6/06 & 7/18/06 was placed in the

---

I-127 Front (Revised 9-1-2001)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

I, Daryl Davis, 802738, presently being housed on Mark w. Michael Unit, in Tennessee, colony, Tx. Swear under the penalty of perjury the the foregoing grievance is ture and correct, with the two unprocessed Step1 attached to it, to be processed accordingly, I am also willing to provide this agency a polygraph exam which will also provide my truethfulness.

_9/12/06_                                           _Daryl Davis # 802738_

---

**Action Requested to resolve your Complaint.**

To have my two unprocessed grievances dated 7/6/06 + 7/18/06 that was returned to me onsept. 8, 06 to be processed accordingly to the grievance procedure, and a correction of the records in this matter, if need be, I ask that I not be retaliated against for trying diligently to have these grievances processed, And that upon completion that my correct housing be placed on it, in case of a move, so I will receive it in my hands.

**Offender Signature:** _Daryl Davis_                 **Date:** _9/12/06 sept. 12, 06_

**Grievance Response:**

The (2) two Step I grievances you submitted with this grievance was forwarded
to the Polunsky Unit for processing.  The grievances were completed and closed 10/6/06
by the Polunsky Unit.  Your original grievances #2007010157 and grievance #2007010156
were returned to you.

mg

ASST.
WARDEN
PRATT

**Signature Authority:** _____         **Date:** OCT 2 4 2006

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the
reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution.*
- [ ] 6. No requested relief is stated.*
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. *Vacant – discontinued 9-1-00*
- [ ] 10. Illegible/Incomprehensible.*
- [ ] 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **2nd Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | **UGI Initials:**_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

3C-2

**Texas Department of Criminal Justice**

# STEP 2

OFFENDER
GRIEVANCE FORM

NOV 3 0 2006

| | |
|---|---|
| **OFFICE USE ONLY** | |
| Grievance #: | 2007001552 |
| UGI Recd Date: | 10-31-06 |
| HQ Recd Date: | NOV 02 2006 |
| Date Due: | 11-29 |
| Grievance Code: | 000 |
| Investigator ID #: | T0767 |
| Extension Date: | |

Offender Name: Daryl Davis    TDCJ # 802738

Unit: Michael    Housing Assignment: 302

Unit where incident occurred: Polunsky/Michael

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*    NOV 02 2006

---

**Give reason for appeal (Be specific).**   *I am dissatisfied with the response at Step 1 because...*

The responses are irrational. I was moved to Michael Unit because of a life endangerment issue. --see Step 2 grievance #2006179091-- the issue of life endangerment was NOT BROUGHT BY ME! It was brought by the investigators of those attacks that took place on the Polunsky Unit!

There is EXTENSIVE evidence that staff had prior knowledge og the plan to have me beat up. Affidavits of some gang members clearly disclose this.

The attached step one #2007001539 was returned to me too late to be timely responded to by a step two. However it is now attached to this response to #2007001552 as an attachment, such allowed by rule that governs attachments.

It is abundently clear from the manner of investigations, (no out of place nor fighting cases ever brought against the gang members who twice assaulted me) that staff complicity was involved. At an interview on the Michaels unit the investigator confirmed that it clearly disclosed by writen statement that a staff member (CO Mc Duffie) EITHER ORDERED OR PAID FOR THE ASSAULTS.

The records cannot be simply ignored, swept aside nor obscured.

The record of events disclose in uncertain terms that staff on Polunsky ordered me beaten by gang members, that staff then (after the second attack) made a concentrated effort to cover up the of record fact.

The matters herein constitute obstruction of justice and other issues.

---

I-128 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

**Offender Signature:** Daryl Davis   **Date:** 10/12/06 october 12, 06

**Grievance Response:**

No evidence was found that your life is in danger from any staff member on the Michael Unit. Computer records indicate you are not housed around any of your known enemies. Should problems arise in the future contact any staff member at that time. No corrective action is warranted at this time.

Rhoda J. Odom, ARD

**Signature Authority:** Rhoda J. Odom, ARD   **Date:** 11/10/06

**Returned because:**   *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 6. Inappropriate. *

**CGO Staff Signature:** _____

**I-128 Back (Revised 9-1-2001)**

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

This is An Emergency Grievance



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 200700/559 |
| Date Received: | SEP 0 5 2006 |
| Date Due: | 10-15-06 |
| Grievance Code: | 002 |
| Investigator ID #: | I0820 |
| Extension Date: | |
| Date Retd to Offender: | SEP 2 8 2006 |

Offender Name: Daryl Davis      TDCJ # 802738

Unit: Michael      Housing Assignment: 8-J-71 3C-2

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. Duff, CO T. Farris      When? 8/28/06

What was their response? Lt. Duff you full of Shit, CO T. Farris, He is A Crack head

What action was taken? None.      (This is An Emergency Grievance)

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On the morning of August 28, 2006, After spending 90 days in transit for two attacks on my life, and during my stay in transit I had many threat brought against me and another inmate, by gang members that were working for this Officer such as, spiting in our food, spraying piss in our cells, out of a spray bottle, and telling us, that any where we go, we wouldn't be safe. Both of us was attacked by the same gang, at different times, for different reasons. However on the date listed above Officer M. McDuffie and an unknown officer (White female) can and will identify her if I seen her, came to escort me to the chain bus, Officer McDuffie had placed two hits on my life, the reason I was attacked by gang members in the first place. When the (white female) name unknown was told to go get my red chain bag he forced me into a 11 bldg. Vestibule and/or sallyport and told me that I wasn't going to get away, that he knew where I was going, and every form in the system has mandingo warriors, and he would make sure they would take care of there business, he stated as long as he knew my name and TDCJ number he would find me. I told Lt. Duff what was said, I ask the female officer once we got out side to call Lt. Duff so that I could talk to him, that I had an emergency and it was serious, I believe McDuffie told her not to call the Lt. because she didn't, I myself had to holler loud to get his attention And he came over to where we were, I told him what me McDuffie had just to me. His words were you are full of Shit, so Officer T. Farris was sent to watch me while officers McDuffie and (un named female) went to get someone else, and I told her what had happened, she told me that he was a crack head don't pay him any attention, that he didn't know where I was going, I guess she was trying to comfort me from worry, because anyone in the world has access to where any inmate is through their name and ID number

(OVER)

I-127 Front (Revised 9-1-2001)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

you can be located. I am afraid for my life, the what has happened to me, and more.so, what may and can happen to me, Because the administration is overlooking this very serious problem, and trying to cover it up.

**Action Requested to resolve your Complaint.**

I ask that there be a change in policy, practice and rules, on how they the administration investigate officers placing hits on inmates lives. and acting proprely when an inmates life is endanger.

**Offender Signature:** Daryl Davis     **Date:** 8/29/06 August 29, 2006

**Grievance Response:**

Your claim of life endangerment has been investigated. There was insufficient evidence to support your claim.

No further action warranted.

**B. HIRSCH**

**Signature Authority:** [signature]     **Date:** 9/08/06

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution.*

☐ 6. No requested relief is stated.*

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. *Vacant – discontinued 9-1-00*

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Signature:** _____

**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **UGI Initials:**_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | **UGI Initials:**_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | **UGI Initials:**_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

*This is an Emergency 911*



**Texas Department of Criminal Justice**

## STEP 1     OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _2007001552_

Date Received: **SEP 0 5 2006**

Date Due: _10-15-06_

Grievance Code: _002_

Investigator ID #: _I0565 D_

Extension Date: _____

Date Retd to Offender: **OCT 1 1 2006**

Offender Name: _Daryl Davis_     TDCJ # _802738_

Unit: _Michael_     Housing Assignment: _8-J-71 3(?)_

Unit where incident occurred: _Michael_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Safety Sgt. Morris_     When? _8/29/06 August 29,06_

What was their response? _Shut your mouth and you'll stay alive_

What action was taken? _None._

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

_on August 29, 06, I was reassigned to the Michael Unit, after being in transit for days because of two beatings I suffered at the hands of gang members on May 27, + 30, 2006. As I was leaving the Polunsky unit on 8/28/06, I was told by the officer that placed the hits on my life, the first two times that he will make sure that I be taken care of, and for me not to think that I got away, because he knew where I was going and there is no where I could go, because they could find me. When I arrived on this unit after going to UCC, I hadn't had any cases or any type of trouble so I was allowed to remain G-2, S-3 inmate, but was housed with G-4 inmates who are L-2 and L-3, and are gang members, down on 8 bldg. After trying to speak with safety officer Sgt. Morris, he wasn't concerned about my problems or my safety, after telling him my situation and what I had been through with these gang members, and that my life was endanger being around G-4 inmates that was gang members, he told to shut your mouth and you'll stay alive. He wouldn't and didn't do anything to assist me in this action, and I have a right to bring what happened to me to the attention of someone in the administration. Because I was nearly beaten to death by these gang members, and it only a matter of time before these gang members around me find out who I am and what went on with me. I asking the administration to please investigate my situation, and remove me out of this dangerous situation. There is no way that an officer should tell an inmate to shut his/her mouth when they're trying to let them know there life is endanger, let long a safety officer, a safety officer_

(OVER)

I-127 Front (Revised 9-1-2001)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

duties is to make sure that an inmate is safe and there surroundings are safe, but by him telling me to shut my mouth and I'll stay alive, was a threat, misconduct, and a lack of him performing his duties as a safety officer.

**Action Requested to resolve your Complaint.**

Would like a change in policy, that and inmates complaint be investigated, where no inmate will have to face any type of danger, because an officer refuses to do their duties

**Offender Signature:** Daryl Davis   **Date:** 8/29/06 August 29, 06

**Grievance Response:**

The issue raised within this grievance was processed in accordance with the Safe Prison Program. Captain Mares conducted the investigation that revealed no evidence to indicate you have been threatened or that you are in any danger. You appeared before UCC on 9/21/06 at which time final determination was made no further action warranted. The computer reflects you were moved to 3C47 cell on 9/20/06.

mg

ASST. WARDEN

**Signature Authority:** _____   **Date:** OCT 1 1 2006

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution.*
☐ 6. No requested relief is stated.*
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. *Vacant – discontinued 9-1-00*
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

**OFFICE USE ONLY**

Initial Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

2nd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2006179091 |
| UGI Recd Date: | JUL 26 2006 |
| HQ Recd Date: | JUL 31 2006 |
| Date Due: | 8-30 |
| Grievance Code: | 815 |
| Investigator ID #: | 21364 |
| Extension Date: | |

Offender Name: **Daryl Davis**       TDCJ # **802738**

Unit: ~~Polunsky~~-M-I Housing Assignment: **11 building – 14 cell**

Unit where incident occurred: **Polunsky**

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).    *I am dissatisfied with the response at Step 1 because...*

This appeal is being filed in regards to the step 1 was not reviewed properly. There is no surprise that Asst. Warden B. Hirsch, stated that there was insufficient evidence to substantiate my allegations towards the administration and the security Threat Group, for the following reasons: (1) why would he go against and all white administration and an all white security Threat Group for a black inmate. He would be literally saying him and his peers were wrong, and had violated the constitutional rights of a black man. (2) Had he, and the administration, the security Threat Group officer(s) had investigated me after the attacks on my life, they would have knew, (or) he would have knew that not only did the (STG) officer(s) have knowledge that I was going to be attacked, but other officer(s) as well. As you can clearly see, B. Hirsch failed to address his Ranking Sgt. allowing several Mandingo Warriors (Gang members) to fall out of place and attack me, that Sgt. was J. Gilbert, on May 27, 06, after he came and spoke to them and let them leave the pod. Again I was failed to be protected. Nor did B. Hirsch, address the fact that his own (STG) officer. D. Dezeeuw had told me they knew of the attack that was to take place on me, days before the attack took place.

On May 30, 06 I was again savagely attacked and beaten by the same Mandingo warriors (prison gang) that was again allowed to come out of place and carry out an attack on my life, while I was performing my duties as an SSI, had Sgt. Gilbert took care of these out of place gang members, by locking them up after they had attacked me the first time the second attack wouldn't have happen, if he had locked me up after the first attack the second attack wouldn't have happened. Had the (STG) officer(s) and Administration notified me of this attack the first on wouldn't have happened. Had the administration and (STG) officer(s) had locked me up after the planed attack on

I-128 Front (Revised 9-1-2001)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)

My life east 9:07cv-0019-RC-ZJH have happened. Either way you look at this
the administration and the security Threat Group placed my life endanger
by failing to protect me not once but twice, for no other reasons, then
I am a black inmate, and they didn't care.
The agencies rule is: "TDCJ strives to maintain the safety and
security of all offenders incarcerated within the Agency. However, in
some situations, measures must be taken to achieve a greater degree
of protection for certain offenders." The agency failed me, (twice).

**Offender Signature:** Daryl Davis          **Date:** 7/20/06 July 20,06

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. A life
endangerment investigation was conducted due to the incident that occurred
on 05-30-06. The Unit Classification Committee recommended a unit
transfer due the assault. Your enemy list was updated accordingly. There is
no evidence to support your claim that staff had any advance knowledge
that the assault would occur. TDCJ strives to maintain the safety and
security of all offenders incarcerated within the agency. You are currently
housed in transient status pending unit transfer. No further investigation is
warranted by this office.

**Signature Authority:**          **Date:** SEP 0 1 2006

Priscilla Daily

**Returned because:** *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language. *
- [x] 6. Inappropriate. *

**CGO Staff Signature:** _____

-128 Back (Revised 9-1-2001)

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____



## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2006179071 |
| Date Received: | JUN 2 0 2006 |
| Date Due: | 7-30-06 |
| Grievance Code: | 815 |
| Investigator ID #: | 70820 |
| Extension Date: | |
| Date Retd to Offender: | JUL 2 0 2006 |

**Offender Name:** Daryl Davis    **TDCJ #** 802738

**Unit:** Polunsky    **Housing Assignment:** 11 building 14

**Unit where incident occurred:** Alan B. Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Who did you talk to (name, title)? (STG) Officer Dezeeuw    When? 6/9/06

What was their response? My Ass is in hot water now, behinded you

What action was taken? None.

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I file this grievance today 6/9/06, Against The State of Texas, Texas Department of Criminal Justice - Institutional Division, Alan B. Polunsky Unit Administration General Population Security, It's Classification Committee, It's Security Threat Group (STG), Officer Dezeeuw, and Sgt. Gilbert. On 5/27/06 I was jumped and beaten in my assigned housing area, by several Mandingo warriors (Gang Members) who was allowed to fall out of place and attack me, leaving the left side of my face swollen with a black eye. Officer working the picket control, which I believe named Mr. Rogers, called Sgt. Gilbert who came to the pod I was housed; and asked if it was over, and he released everyone. On 5/30/06 while performing my work duties as an assigned SSI on 3building I was again attacked by the Mandingo warriors, this savagely. I was beaten repeatedly about the face and head with a sock containing a heavy metal object, and was repeatedly stomped. This attack left multiple cuts and gashes about my face and head, bleeding uncontrollably. The Inmate Offender Handbook States, "TDCJ Strives to maintain the safety and security of all offenders incarcerated within the Agency. However, in some situations, measures must be taken to achieve a greater degree of protection for certain Offenders." The Agency failed not only to protect me from this notorious gang, it also failed to notify and warned me that there was a great possibility I was in danger of being attacked. I learned today that the Administration and (STG) knew that an attack had been planed on me. It's only three reasons, I wasn't notified and warned of the attack against me, (1) I'm a known Christian who has had no type of dealings with any gangs, (2) That I am a black offender who could take care of himself, (3) The agency just didn't care to protect me from danger. Officer Dezeeuw

I-127 Front (Revised 9-1-2001)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

before it happened, he had called out a confirmed Mandingo warrior and asked him about the planed attack, through his training and position as (STG) officer he had to notify his supervisor of this attack, whether he felt it had merit or not it was a total failure to protect me. Officer Dezeew also stated that I should have had my property, because I hadn't done anything wrong, he stated that my property had been thrown about, and no one wanted to inventory it, 11 days (eleven) later my property is still missing, this is also a violation of the rules set forth by this agency, My property should have been inventoried and brought to me the day they placed me in lock up, because I wasn't placed here for disciplinary reasons.

**Action Requested to resolve your Complaint.**
Request the agency train its (STG) officers and staff to handle situations like this with immediate actions. It can and will save a life, I also want to get my property back, and I would like to be protected from any type of retaliation, from this Agney, Polunsky Unit administration, or the individuals listed in this grievance.

**Offender Signature:** Daryl Davis   **Date:** 6/9/06, June 9, 06

**Grievance Response:**

There is insufficient evidence to substantiate your allegations toward the Security Threat Group office. They did not know about a planned attack on you.

NO FURTHER ACTION WARRANTED

**Signature Authority:** B. HIRSCH   **Date:** JUL 2 0 2006   7/20/06

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.
- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution.*
- [ ] 6. No requested relief is stated.*
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Vacant – discontinued 9-1-00
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Signature:** _____
**I-127 Back** (Revised 9-1-2001)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

IV. PARTIES TO THIS SUIT: CONTINUED FROM PAGE 3

Defendant#6: Melodye G. Nelson - Major

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s)of this defendant which you claimed harmed you.

Her failure to act and protect caused me to be attacked twice, brutally and savagely beaten.

Defendant#7: Michael A. McLin - Case Manager 3/Classification Tech.

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten.

Defendant#8: Mark Duff - Case Manager 2/Classification Tech.

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten.

Defendant#9: David J. Wickersham II - Administration Captain.

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten.

Defendant#10: Helen E. Sheffield - Sgt. Gang Intelligence/Security Threat Group.

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(S) or omission(s) of this defendant which you claimed harmed you.

Her failure to act and protect caused me to be attacked twice, brutally and savagely beaten, after being told by gang member(s) they were going to attack me.

Defendant#11: Kenneth R. Price Jr. - CO3 Gang Intelligence/Security Threat Group.

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten, after being told by gang member(s) they were going to attack me.

Defendant#12: Dennis Dezeeuw CO4 - Gang Intelligence/Security Threat Group.

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten, after being told by gang member(s) they were going to attack me.

Defendant#13: Fernando Briseno CO4 - Gang Intelligence/ Security Threat Group.

3872 FM 350 S. Livingston,TX.77351

Briefly descride the act(s) or omission(s)of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten, after being told by gang member(s) they were going to attack me.

Defendant#14: Steven R. Neal Sgt, - Extortion/Safety

3872 FM 350 S. Livingston,TX. 77351

Briefly decribe the act(s) or omission(s) of this defendant which you claimed harmed you.

His failure to act and protect caused me to be attacked twice, brutally and savagely beaten, after being told by gang member(s) they were going to attack me.

Defendant#15: J.Sonsel Captain - 1-1 card's supervisor

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He allowed 4 notorious confirmed gang members to come out of place to my assigned housing area, to attack and beat me with a broom.

Defendant#16: Shannon Price Lt. - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly decribe the act(s) or omission(s) of this defendant which you claimed harmed you.

He allowed 4 notorious confirmed gang members to come out of place to my assigned housing area, to attack and beat me with a broom.

Defendant#17: Timothy Hindsman Lt. - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He allowed 4 notorious confirmed gang members to come out of place to

my assigned housing area, to attack and beat me with a broom.

Defendant#18: Justin D. Gilbert Sgt. - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which
you claimed harmed you.

He was the Sgt. in charge of the building the attack took place on,
and allowed 4 notorious gang members, to enter my assigned housing
area and beat me with a broom, and after being called to the attack
allowed these gang members to just walk away, ("Stating" go a head
and leave, I don't want to do any paper work).

Defendant#19: M.Hewitt CO5 - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which
you claimed harmed you.

She was the desk officer running the building the attack took place
on, and allowed 4 notorious gang members to enter my assigned housing
area, and beat me with a broom.

Defendant#20: Roy L. Rogers CO2 - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which
you claimed harmed you.

He was the picket officer who rolled the doors to the pod were the
attack took place, and allowed 4 notorious gang members to enter my
assigned housing area and beat me with a broom.

Defendant#21: A.Seale CO3 - 1-1 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which
you claimed harmed you.

She was the rover of the pod were the attack took place, and allowed
4 notorious gang members to enter my assigned housing area and beat
me with a broom.

Defendant#22: Victor D. Boston Captain - 1-2 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which
you claimed harmed you.

He allowed 2 notorious confimed gang members to come out of place
to my assigned work area to attack, brutally and savagely beating me
with a sock containing a heavy metal object.

Defendant#:23 Wayne N. Tucker Lt. - 1-2 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He deliberately and intentionally placed my life endanger by lying on me to officer Michael R. McDuffie, telling him I had snitched him off, " Stating to officer McDuffie, You may as well come clean because inmate Davis has told me everything." This lie caused me to be attacked twice, brutally and savagely beaten by gang members, and he allowed 2 notorious gang members to come out of place to my assigned work area, and attack, brutally and savagely beating me with a sock containing a heavy metal object.

Defendant#24: Larry R. Lawrence Lt. - 1-2 card

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He allowed 2 notorious confirmed gang members to come out of place to my assigned work area, and attack me, brutally and savagely beating with a sock containing a heavy metal object.

Defendant#25: Marcial J. Foisie Jr. Sgt. - 1-2 card

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He was the Sgt. in charge of the building the attack took place on and allowed 2 notorious gang members to come out of place to my assigned work area and attack me brutally and savagely beating with a sock containing a heavy metal object.

Defendant#26: Gloria J. Freeman CO4 - 1-2 card

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

She was the desk officer running the building the attack took place on and allowed 2 notorious gang members to come out of place to my assigned work area and attack me, brutally and savagely beating me with a scok containing a heavy metal object.

Defendant#27: Michael R. McDuffie CO3 1-2 card

 3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He place a hit on my life by paying a group of notorious prison gang members to attack and beat me, when the first attack didn't go to his perfection, he ordered a second attack. He was the rover of the pod were the attack took place, and allowed 2 of this gang members to come out of place to brutally and savagely beat me with a sock containing a heavy metal object.

Defendant#28: Jocyline A Johnson CO3 - 1-2 card

3872 FM 350 S. Livingston,TX.77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

She was the picket officer who rolled the doors to the pod were the attack took place, and allowed 2 notorious gang to enter my assigned work area and attack me, brutally and savagely beating me with a sock containing a heavy metal object.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Between May 22nd&23rd,2006, Lt.Tucker called CO3 M.McDuffie to his office trying to bust/catch him as being a dirty officer, "meaning bringing inmates contraband and excepting things from them" Lt.Tucker deliberately, intentionally lied on me, telling this officer "you may as well come clean because inmate Davis has told me everything" that labeled me a "SNITCH" This officer then placed a hit on my life due to the actions of this Lt. I was attacked twice brutally and savagely beaten about the head and face in these attacks, the first May 27,06 with a broom, the second May 30,06 with a sock containing a heavy metal object. The Lt. lied on me after becoming mad and hostile, because I couldn't tell him what he needed/ wanted to know about this officer. The Unit filed a Life endanger on my

RELIEF: State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I'm asking this Honorable Court to appoint me a Law Frim to assist in this cause, I have some serious problems as a result of these beatings,

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

A nickname "MAJOR"

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?          ____YES xx NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

V. STATEMENT OF CLAIM: CONTINUED FROM PAGE 4

behalf and had me transferred to anther unit as a result of learning
officer M.McDuffie had paid this notoious prison gang to attack and
Kill me.

Doug Dretke failed in his duties as TDCJ-ID Director in making sure
that his unit administation and its officer had the proper training
in accordance with the safe prison policy ED 03.03 and life endange-
ment, his neglect in this area caused the Polunsky Unit administrat-
ion, not only caused me to be burtally and savagely beaten by gang
members, but a ranking officer intentionally and deliberately lied
on me trying to catch a dirty officer, causing this officer to place
a hit on me life.

Loyd C. Massey - Head Warden, Richard K. Alford & Billy D. Hirsch -
Assistant Wardens failed in their duties in making sure that there
officers were properly trained in the handling of a life endangerme-
nt situation, under the safe prison policy ED 03.03, also failed in
making sure that ranking officers would follow the guide lines set
forth by TDCJ-ID, "Meaning **NO OFFICER** ranking or other wise should
deliberately and intentionally place an offenders life endanger by
lying on them, they also failed in making sure that the captains
Lieutenants, Sergeants, and Correctional Officers followed the rules
set forth by the Polunsky Unit administration in roster offenders on
and off the buildings and the Pods "Housing area", by them failing
to do such, I was allowed to be attacked twice and burtally beaten
by offenders who were know gang members to come out of place each
time and carry out these attacks.

Steven T. Miller & Melodye G. Nelson - Major's, Michael A. McLin &
Mark Duff - Unit Classification each failed in there duties in
providing me a safe environment after these gang members had made it
known to the gang intelligence officers and/or security threat group
officers and the extortion officers and/or safe prison officers that
an attack was planned to take place on my life on the weekend of May
26,2006. Not only did they fail in providing me a safe environment
they even fail to notify and/or warn me that and attack was planned
on my life.

Helen E. Sheffield, Kenneth R. Price Jr., Dennis Dezeeuw, & Fernando Briseno - Gang Intelligence and/or Security Threat Group Officers & Steven R. Neal - Extortion and/or Safety Officer failed in their duties to protect and/or warn me that my life was endanger and there was a great possibility that I was going to be attacked the weekend of May 26,2006. They had knowledge that an attack was planned on me and was to be carried out sometime during the weekend of May 26,2006 The information regarding this planned attack was provided to office Dennis Dezeeuw by a known and confirm gang member who was one of the four gang members that attacked and brutally beat me twice within three days, May 27&30,2006. This gang member brought to the attention of the gang intelligence and/or security threat group officer, and I was still not protected. Later on May 26,2006 Officers Kenneth R. Price Jr. & Dennis Dezeeuw called a confrimed gang member from his Jummah Services and questioned him regarding the attack that was to take place on my life, this gang member refused that confirm to them that an attack was going to in fact take place on me, telling them he couldn't do anything like that because that would be placing his endanger, after they had that conversation with him which took place in their office, they told him he could leave. It didn't take much common sence to know after talking with this gang member that I was endanger.

David J. Wickersham II - Administration Captain, J. Sonsel Captain 1-1 card, Shannon Price & Timothy Hindsman - Lieutenants 1-1 card, Justin D. Gilbert - Sergeant 1-1 card, M. Hewitt - CO5 1-1 card, Roy L. Rogers - CO2 1-1 card, & A. Seale - CO3 1-1 card failed in their duties as ranking and regular correctional officers, when they allowed gang members to come out of place to my assigned housing area and brutally beat me. On May 27,2006 a day after the gang intelligence and/or security threat group, extortion and/or safey officers was told that an attack was going to take place on my life, on 4 building F-Pod 1 section this attack was carried out. This attack took place on the 1-1 card, officer M. Hewitt was working the buildings desk, "meaning this officer was in charge of overseeing this building on this day", Justin D. Gilbert was the sergeant in charge of this building this day, officers Roy L. Rogers & A. Seale was the officers in charge of

working F-Pod this day. This attack took place between 3:00pm & 3:30pm
officer Rogers was working the F-Pod control picket at that time,
officer Seale was working as the rover at this time. Officer Hewitt's
duties as desk officer was to check the offenders on and off the
building, by writing TDCJ-ID Official Passes to offenders that has a
legitimate place to be and time to be there. When these offenders
came onto 4 building to attack me they were allowed to do so because
officer Hewitt never asked them for their passes nor asked them what
was they doing on 4 building, only one of the four gang members that
attacked me lived on 4 building at this time, so there was no need for
them to have been on that building. They didn't work on that building,
and if they had told officer Hewitt that they was there to carry out
an attack, then again officer Hewitt failed in performing the duties
and/or rules set forth by the Polunsky unit and the rules set forth by
TDCJ-ID and/or the Safe Prison Policy, when officer Hewitt failed to
check the passes and/or find out why these gang members had come to 4
building at this time. Officer Rogers started the day as F-Pod rover
where officer Rogers worked from 6:00am to 12:00pm where there was four
counts done, two counts was done at 6:00am, a head count and a roster
count, between 8:00am & 8:30am a second two count system was performed,
a head count and a roster count. Officer Seale started the day as F-Pod
control officer from 6:00am to 12:00pm and took part in both these
counts, The duties of the Pod officers are safey first, they are to
roster the offenders on and/or off their pods, to make sure that the
offenders are where they're supposed to be and/or that none are out of
place. At 12:00pm these officers switched places, officer Rogers going
to F-Pod control and officer Seale coming to rover. At 1:30pm another
two count system was performed a head count and a roster count again
both of these officers performed these counts. There was a total of six
counts in three performed by both of these officers. When that 1:30pm
count cleared, these gang members was allowed to come out of place and
carry out the attack on my life, both officer Rogers & Seale failed in
their duties to protect me when they refused to roster this gang members
onto F-Pod as part of there duties as providing safey to not just me
but other offenders as well. Had either of these officers performed
their duties as set forth by the Polunsky Unit's policy and/or rule as

set forth by TDCJ-ID policy and/or rules, such as the safe prison policy ED:03.03, I wouldn't have been attacked. By them failing to perform their duties I was brutally and savagely beaten by these gang members with a weapon a "Broom". Officer Rogers witness soon of the attack because he called to the front desk for Sergeant Gilbert to come to see what was taking place, neither of these four gang members lived on my section, they all had come to one section out of place, officer Seale let the on the pod and officer Rogers let them inside the pod and inside the section I was assigned to live. Once Sgt.Gilbert came to the pod and section I was being attacked on, he asked the gang members was it over "meaning the attack" and he let them go, telling them to go ahead and get out of here "meaning for them to leave" because he didn't want to do any paper work. Not only did Sgt.Gilbert assist officer Hewitt in allowing these gang members to come out of place to attack me, Sgt. Gilbert went as far as to assist these gang members in covering up this attack on my life and in doing so he surely failed in his duties as a ranking correctional officer, Sgt.Gilbert could clearly see that I had been attacked and assaulted and pursuant to the TDCJ-ID Executive Directive ED:03.03 "Safe Prison Plan" which cite as its authority 42 U.S.C. Section 1983 mandates that Sgt.Gilbert file a report of this incident, file offensive reports "meaning disciplinary action" against the inmates involved in the assault on me, and initiate a life-endangerment investigation by immediately placing me into transit status pending the recommendation of the unit classification on just what's taking place and/or if I was in enough danger to be transerred to another unit, by as Sgt.Gilbert stated **"He didn't want to do any paper work",** the lack of Sgt.Gilbert taking proper action nearly cost me my life later. On May 30,2006 while I was at work in my assigned work area, performing my duties as an SSI "meaning a janitor" these gang members was again allowed to come out of place and attack me. On 3 building this day on the 1-2 card the second attack took place. Officer Gloria Freeman was working 3 building desk, Marcial J. Foisie Jr. was the Sergeant in charge of overseeing this building this day, officers Michael R. McDuffie & Jocyline A. Johnson was the officers in charge of working B-Pob this day. This attack took place between 3:00pm &

3:30pm on May 30,2006 during a different card, with the same results of me being savagely beaten and brutally attacked by gang members that was allowed to come out of place to do so. A different card means that their different officers working that day and was responsible for me being attacked for failing to protect me and/or failing to perform their duties as set forth by the Polunsky Unit's guidelines and/or rules and/or the rules set forth by TDCJ-ID and the safe prison policy. These officers are: David J. Wickersham II - Administration Captain, Victor D. Boston - Captain 1-2 card, Wayne N. Tucker & Larry R. Lawrence - Lieutenants 1-2 card, Marcial J. Foisie Jr. -Sergeant 1-2 card, Gloria J. Freeman - CO4 1-2 card, Michael R. McDuffie CO3 1-2 card, Jocyline A. Johnson - CO3 1-2 card. Just as the officers duties on the 1-1 card they are the same on all cards throughtout TDCJ-ID according to their duties that's being performed at that time. On May 30,2006 officer Freeman had the duties of the desk officer, which was in charge of 3 building, from 12:00pm to 6:00pm. Officer Freeman duties was to make sure that no offenders came onto the building and/or left the building without proper authorization such as a TDCJ-ID official pass, this also sets well in an offender trying to go from pod to pod and/or section to section without authorization of the desk officer. Officer Freeman failed in performing the duties set forth by the guidelines and/or rules of Polunsky Unit and/or the rule set forth by TDCJ-ID by allowing these gang members to go out of place from one pod to another without a legitimate reason to be there, had they told officer Freeman that they were going to another pod to carry out an attack, then officer Freeman surely failed in  performing the duties set forth by the Polunsky Unit and the rules set forth by TDCJ-ID and/or the Safe Prison Policy, when allowing them to go out of place to carry out this attack. This attack took place on B-Pod 1 section where I was performing my duties as an SSI and working in my assigned pod without any knowledge that a hit had been placed on my life and that my was endanger. Officers McDuffie & Johnson was working B-Pod that day. Officer McDuffie started out in B-Pod control working from 6:00am to 12:00pm, Officer Johnson started as B-Pod rover from 6:00am to 12:00pm. There were four counts to take place betweem 6:00am and 12:00pm. There was two counts at 6:00am, a head count and a roster count. Between 8:00am and 8:30 am there were two counts, a head count and a roster count. The

duties of the pod officers are the same, safey first, they are to
roster the offender on and/or off their pods, to make sure that the
that the offenders are where they're supposed to be and/or that none
are out of place. At 12:00pm these officers switched places, officer
McDuffie coming to rover and officer Johnson going to B-pod control. At
1:30pm there was another two count system performed, a head count and a
roster count. There was total of six counts performed by these officers
in a three count system. Both these officers failed to protect me by
allowing these gang members to come out of place and attack me. when
officer McDuffie came to rover, their was continued coversation between
officer McDuffie a one of the gang members that attacked me, this gang
member lived on B-Pod 1 section, another one of the gang members lived
on B-Pod 3 section. The gang member that lived on 1 section was the
same gang member that the Gang Intelligence and/or Security Threat
Group Officers Kenneth R. Price Jr. & Dennis Dezeeuw called to their
officer on May 26,2006 and and asked him was I going to be attacked
that weekend and he told that he couldn't confirm anything like that
because that would be placing his life endanger, however that gang
member did tell those officers that " **Officer McDuffice had told him**
**that Lieutenant Tucker had said you may as well come clean, because**
**inmate (Davis) has told me everything**" then this gang member told
those officers that " **I was a snitch**" and I hadn't told anything on
no one because I didn't know anything to tell on anyone. Lieutenant
Tucker deliberately and intentionally lied on me, and in doing so a
TDCJ-ID officer placed a hit on my life, in an attempt to have me killed
because this officer was told and thought I had actually snicthed them
off. Because I was not warned and/or notified that my life was endanger
I was lefted open for two brutal attacks. The conversation between
officer McDuffie and this gang member could have and may have been about
me, because of the way that I was left looking after the first attack.
Officers McDuffie & Johnson both failed in their duties when they allowed
gang members off other sections and other pods  to carry out a planned
attack. Officer McDuffie was the officer that paid these gang members to
carry out this attack, so therefore officer McDuffie deliberately and
intentionally allowed these gang members out of place to attact me so
that, officer McDuffie could witness this attack, the second time.

It can be clearly seen that the TDCJ-ID prison system failed to
protect me from two brutally attacks, the second one in which I was left
badly beaten, after being beaten in the face and head with a sock
contining a heavy metal object, leaving with very bad headaches, vision
problems, and nerve damage. TDCJ-ID offender handbook states under the
Safe Prison Program the following:

> Safe Prison Program
> A.Offender Protection
> TDCJ strives to maintain the safety and security of all offenders
> incarcerated within the Agency. However, in some situation,
> measures must be taken to achieve a greater degree of protection
> for certain offenders.
>
> If an offender is being pressured by another offender for money,
> property, or sexual favors, the offender should immediately contact
> a correctional officer, classification staff, the warden, the
> chaplain, the office of the inspector general, or any staff member
> with whom he feels comfortable. It is imperative that one of these
> individuals be contacted immediately so that they can help the
> offender be removed from a potentially serious situation.

Safe Prison did not work for me everyone from TDCJ-ID Director, the
Polunsky Unit's administration all the way down to the corrctional
officers violated my constitutional rights that was secured to me, by
denying me protection under the safe prison policy and because I am a
black offender, because I am black the administration failed to act in
protecting from a black prison gang. My Eight and Fourteenth Amendments
to the United States Constitution was violated because of all there
actions, and not only that did they fail to protect, notify and/or warn
me, a ranking TDCJ-ID officer created this hostile and unsafe environment
for me by deliberately and intentionally lying on me trying to catch a
drity officer. I am bringing this complaint under 42 USC § 1983 Civil
Rights Act because of the following reasons: Deliberate Indifference,
Cruel and unusual punishment, Failure to Protect, Denial of Equal
Protection, Denial of access to courts, Aggravated assault, Negligence,
Denial of adequate medical treatment for injuries I sustained, Racial
Discrimination, and Right to reasonably safe confinement. Office Dezeeuw
told me that he was in hot water behind me, because they had learned of
the planned attack, that was to take place on me days before it happened
Officer Deezeeuw and the rest of the administration failed in their duty
to protect me, knowing that my life was endanger, they did so intentionally
because I am a black offender, all of TDCJ-ID offenders should fall under

the Executive Directive (ED-03.03) and not just the ones of a certain race, creed, and/or gender, (nor) just the ones that the adminiatration(s) allows to benefit from it. It the case of the attack(s) that took place on me, not only did the administration on the Polunsky Unit fail to protect me after being told by one gang member that I was going to be attacked that weekend "the weekend of May 26,2006", and they also learn from another gang member **"that I was to had provided information to Lieutenant Tucker regarding illegal activities on officer McDuffie, and that I was a snitch"** this information was brought to the administration and/or safe prison program and they still failed to protect me, they did not even care enough about me being a human being to even warn and/or notify me that I was endanger of being attacked and/or possibly being attacked and to be careful and/or be on the lookout to the fact that something may just happen. Being notified and/or warned by the administration that there was a possibilty that I may be attacked could have and/or would have been very very helpful to me for many reasons, but there is one that may out weighs all the others, and that is I am not a gang member, I have never been a gang member, and I have never had any type of affiliation with any gang member, so therefore I never had any knowledge of who not only these gang members who attacked me were, but any other gang members from any other gangs. Up to this point of my incarceration I have never had any type of problems with any gangs and/or gang members. TDCJ-ID State Classification, there Administration on the Units, the Unit's Classifications down to the correctional officers has access to every offenders files, they are well aware of just about what every offender will do and/or want do, that is why its called State and Unit Classification, they classify offenders, this is moreso when dealing with gang members, my point here is that had they checked the records, in which they did, as part of their duties they know who every gang member they are dealing with is, then therefore they knew that both of the gang members that they spoken with regarding the attack on me were once had to be place in TDCJ-ID Administrative Segregation away from all other of the offenders because of their very bad behaviour problems, still the administration failed to act accordingly in protecting me. After I was attacked the first time on May 27,2006 and Sgt.Gilbert was called to the pod where the attack was taking place, and later allowed the gang members

to leave after I had been attacked, when I asked Sgt. Gilbert who they were, I was told they're just messing around, I said look at me, I was told that I was big boy and that I will be alright, at the time I was attacked I never knew that the guys that attacked me were gang members and moreso I didn't know why it happened and if it would happened again I was left unprotected by TDCJ-ID Director, and the Polunsky Unit's administration failed in their duties, through proper training and the positions of these officers I should never have been attacked the first time, so therefore it was total negligence on all parties to allow the second attack to take place, they was required to take measures to protect me. These parties failed in there duties to protect me which lead to the two aggravated assaults "With Weapons" when these parties had a constitutional duty to take the steps to secure my safety once they knew I was going to be attacked, and no one did. There was never an adequate investigation performed in either of the attacks on my life in order to cover up what had happened, because the administration knew of these attacks before they were carried out and they refused to take any type of actions in protecting and/or warning and/or notifying me that I was endanger of being attacked, so a cover up was in the best interest of the agency and again I will stress to this Honorable Court that as of this day I have never spoken and/or been interviewed and/or investigated by anyone from safe prison, I have just been placed into a situation where everyone involved in this matter just want me to let it alone so that it will go away.

RELIEF: CONTINUED FROM PAGE: 4

I have experinced memory lapses, my right hand and leg shakes, I have vision problems where I am losing sight in one of my eyes and can hardly see out the other. I have had continued headaches since these attacks, I can not sleep, I have been traumatized to the point that I live in fear daily, I can not and/or do not trust anyone, I believe that I am going to be attacked again because of the cover up by this agency, and for allowing these gang members and these officers get away with what was allowed to happened to me without any type of corrections and/or punishment to those involved. I am asking this Honorable Court not to grant any of these defendants any type of immunity for what took place and was allowed to happened to me " NOT ONCE BUT TWICE "  these

attacks was allowed to take place on me. It is clearly seen that the administration within this agency failed to act and/or protect me from the danger they created, and in doing so their actions nearly cost me my life. These attacks was deliberately and intentionally created by a veteran ranking official, and was covered up by the administration. I am asking this Honorable Court to oversee that justice prevail in this cause, by providing me the opportunity to be compensated for pass, present and future physical and mental harm, pain, suffering and emotional distress, lost of opportunites, lost of earnings and/or earning capacity, medical and other expenses for rehabilitation, and unseen medical problems, and an open amount of funding for cost of legal, attorney(s), expert and other assistance that may be needed to obtain remedy in this cause. again I am asking this Honorable Court to appoint me a law frim, as a lay person I am at a great disadvantage in trying to litigate against the Texas Attorney General, and that is moreso with my medical condition and the memory lapses and the vision problems I am suffering from, do to the attacks that took place on my life.

C. Has any court ever warned or notified you that sanctions could be imposed?        _____ YES _x_ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number: _____

3. Approximate date warnings were imposed: _____


Executed on: _12-6-06_                     Daryl Davis TDCJ-ID#802738 ___
           DATE                              *Daryl Davis*
                                       (Signature of plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.


Signed this __12-6-06__ day of _December_         ~~xxxx~~ 2006 .
          (Day)              (month)              (year)


                         Daryl Davis TDCJ-ID#802738 ___
                         *Daryl Davis*
                               (Signature of plaintiff)


**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**



Mr. Daryl Davis
TDCJ-ID # 802738
Michael Unit
P.O. Box 4500
Tennessee Colony, Tx. 12
75886

AST TEXAS P&DC
TYLER, TX. 757
JAN
2007

EAST TEX'S P
TYLER, TX. 7
12    JAN
20

ACCEPTED AT
P.O. BOX 4500 TENN.

ACCEPTED AT (MARK W. MICHAEL UNIT)
P.O. BOX 4500 TENN. COLONY, TX 75886

United States
Eastern District
211 W. Ferguson
Tyler, TX.
75702