Daryl Davis
#802738
Michael Unit
2664 FM 2054
Tennessee Colony, TX. 75886

16 September 2010

UNITED STATES DISTRICT COURT
Eastern District Of Texas
Clerk
104 N. Third st.
Lufkin, TX. 75901

Re: Davis. v. McDuffie, Civil Action No. 9:07 cv 19

Dear Clerk,

My name is Daryl Davis Plaintiff. Pro se in the above cause of Action.

I am writing to you in request of a Copy of the Jury Verdict Form that was signed by the foreman of the Jury in the trial we had from 4-12-2010 thur 4-14-2010. I have never received a Copy of the Signed Jury Verdict Form, so would Kindly send me a Copy of it, Docket entry No. 192.

Thank you for your time, and assistance in this Cause.

Sincerely,
Daryl Davis

Mr. Daryl Davis
#802738
Michael Unit
2664 FM 2054
Tennessee Colony, Tx. 75886

EAST TEXAS P&DC
TX 757 2 T
17 SEP 2010 PM

USA 44

UNITED STATES DISTRICT COURT
Eastern District of Texas
Clerk
104 N. Third St.
Lufkin, Tx. 75901

7590193078